**Order entered April 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01400-CR

### AHMAD RASHAD HAWKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F14-30754-K**

## ORDER

The Court **REINSTATES** the appeal.

On March 23, 2016, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. On April 19, 2016, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 23, 2016 order to the extent it requires findings.

We **GRANT** the April 19, 2016 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      LANA MYERS
JUSTICE